IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAURA MURRAY, | |
| Plaintiff, | Civil Action No. 2:13-cv-01356-DSC |
| v. | |
| | JURY TRIAL DEMANDED |
| THE BOROUGH OF MOUNT OLIVER, ACTING CHIEF OF POLICE MATTHEW JUZWICK, MAYOR JAMES CASSIDY, COUNCIL PRESIDENT BILLIE MICHENER, COUNCILMAN DARNELL SAINS, COUNCILMAN COREY McGOUGH, and COUNCILMAN DAVID LOWE. | |
| Defendants. | |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Laura Murray and Defendants The Borough of Mount Oliver, Acting Chief Of Police Matthew Juzwick, Mayor James Cassidy, Council President Billie Michener, Councilman Darnell Sains, Councilman Corey McGough, and Councilman David Lowe stipulate to the following:

1. Dismissal, without prejudice, of all claims in Plaintiff's Complaint, as asserted against the following Defendants: Acting Chief Of Police Matthew Juzwick, Mayor James Cassidy, Council President Billie Michener, Councilman Darnell Sains, Councilman Corey McGough, and Councilman David Lowe.  Plaintiff and Defendants have agreed to dismiss those Defendants, leaving only the Borough of Mount Oliver ("Mt. Oliver") as a Defendant.

2. The caption shall now read: Laura Murray v. The Borough of Mt. Oliver.

3. Mt. Oliver agrees, for purposes of this lawsuit, to waive any and all arguments that it is not liable or otherwise responsible for the alleged actions of individuals actors named in the Complaint.

4. Mt. Oliver agrees to waive any and all arguments that the alleged actions of individual actors named in the Complaint were not undertaken "under color of state law" or that such actors are not "state actors" or agents of Mt. Oliver.

5. Mt. Oliver agrees that, in the event a monetary judgment is entered against Mt. Oliver, Mt. Oliver can and will satisfy that judgment.

A proposed order follows this Stipulation.

Date:  October 3, 2013

/s/ Dean F. Falavolito
Dean F. Falavolito (PA I.D. No. _____)
Burns & White, LLC
4 North Shore Center
Pittsburgh, PA 15212
Phone: 412.995.3005
Fax:   412.995.3300
Email: dffalavolito@burnswhite.com

*Counsel for Defendants*

/s/ Vincent J. Mersich
Vincent James Mersich (PA I.D. No. 310971)
Law Office of Vincent J. Mersich, LLC
400 Market Street
Elizabeth, PA 15037
Phone: 412.384.8803 / 724.493.5201
Fax:   412.384.8805
Email: vincent.mersich@outlook.com

Janice Q. Russell
Law Office of Janice Q. Russell
One Oxford Centre, 301 Grant St.
Suite 4300
Pittsburgh, PA 15219
Phone:  412.348.8295
Fax:  724.939.7012
Email:  janiceqrussell@yahoo.com

*Co-counsel for Plaintiff*